*Shea,* and *Messrs. Paul A. Sweeney, Charles V. Shannon, Malcolm Lindsey, Thomas H. Gibson,* and *Louis J. O'Marr,* Attorney General of Wyoming, for the Federal Power Commission et al., respondents.

No. 575. COLORADO-WYOMING GAS CO. *v.* FEDERAL POWER COMMISSION ET AL. November 13, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit granted limited to the seventh question presented by the petition for the writ. *Messrs. Donald C. McCreery, Paul W. Lee, George H. Shaw,* and *Wm. A. Bryans, III,* for petitioner. *Solictor General Fahy, Assistant Attorney General Shea,* and *Messrs. Paul A. Sweeney, Charles V. Shannon,* and *Louis J. O'Marr,* Attorney General of Wyoming, for the Federal Power Commission et al., respondents.

No. 518. GARBER *v.* CREWS ET AL. November 13, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit granted limited to the first question presented by the petition for the writ. *Mr. P. C. Simons* for petitioner. *Mr. L. G. Owen* for respondents.

No. 470. AMERICAN POWER & LIGHT CO. *v.* SECURITIES & EXCHANGE COMMISSION. November 13, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit granted. *Mr. A. J. G. Priest* for petitioner. *Solicitor General Fahy* and *Messrs. Roger S. Foster* and *Milton V. Freeman* for respondent.